UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHARLES WATKINS** | : | **DOCKET NO. 2:20-cv-1268** |
| DOC # 415879 | | SECTION P |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **SHERIFFS DEPARTMENT JEFFERSON DAVIS PARISH, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this action be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915, as frivolous, for failing to state a claim for which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers, on this 15th day of January 2021

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE